negligence was in this respect against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY BECKER, as Administratrix, etc., of FRANK BECKER, Deceased, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

BERTHA BECKER, an Infant, etc., Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MARY BECKER, Appellant, v. NEW YORK, ONTARIO AND WESTERN RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

HARRY CHARLIES, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Judgment and order reversed on the law and facts and a new trial granted, with costs to appellant to abide the event, on the ground that the finding of the jury to the effect that the plaintiff was in the employ of the Donner Steel Company on April 15, 1930, when the sickness began, is contrary to and against the weight of the evidence. There are other legal questions which we are not passing upon at this time as they may not arise upon the new trial. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELEN G. ANDERSON, Respondent, v. CLIFFORD D. COYLE, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE V. WEBSTER, Respondent, v. NORMAN C. HAWES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

In the Matter of the Probate of the Alleged Last Will and Testament of FREDERICK S. PRUTSMAN, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of MILTON A. BISSELL, an Attorney and Counselor at Law.— Matter referred to Hon. Charles A. Pooley, official referee. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JADWIGA PIOTROWSKI, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

IRENE L. MORRIS, Respondent, v. THE BOARD OF TRUSTEES OF SCHOOL DISTRICT No. 12, TOWN OF FLORENCE, COUNTY OF ONEIDA, Appellant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

ANNA M. DUNN, Respondent, v. DELBERT DUNN, Appellant.—Appeal dismissed unless appellant shall file and serve the printed records and briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HARRIET ROSENTHAL, Appellant, v. CITY OF NIAGARA FALLS and Others, Respondents.—Appeal dismissed unless appellant shall file and serve printed papers and briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

LOUIS ROSENTHAL, Appellant, v. CITY OF NIAGARA FALLS and Others, Respond-